BEN LEVITAN et al., Respondents, *v.* ROSALIND MOSES et al., Appellants, et al., Defendants.

Argued April 13, 1950; decided May 18, 1950.

*Gerald Fitzgerald* and *Edward Conrad Clune* for appellants. *Edwin J. Conroy* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.